# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KATHY WATSON, | : | Civil No. 1:18-cv-01055 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |
| TIMOTHY SHELLEY, | : | Civil No. 1:18-cv-01352 |
| Plaintiff, | : | |
| v. | : | |
| COMMONWEALTH OF PENNSYLVANIA, DEPARTMENT OF REVENUE, | : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, this 29th day of June, 2020, upon review of the Defendant's motions for summary judgment and all relevant filings, **IT IS ORDERED** that:

1. The motion, Doc. 20, which is associated with case number 1:18-cv-01055, is **GRANTED**. The Clerk of Court is directed to enter judgment in the Defendant's favor on all counts.

2. The motion, Doc. 22, which is associated with case number 1:18-cv-01352, is **GRANTED**.  The Clerk of Court is directed to enter judgment in the Defendant's favor on Counts I and II.

3. The state-law claim in Count III of the complaint associated with case number 1:18-cv-01352 is **DISMISSED** without prejudice.

4. The Clerk of Court is further directed to **CLOSE** case number 1:18-cv-01055.

                                          s/Jennifer P. Wilson
                                          JENNIFER P. WILSON
                                          United States District Court Judge
                                          Middle District of Pennsylvania